UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH R. HENKE, III,

      Plaintiff,

v.

      Case No. 24-cv-10751
      Hon. Matthew F. Leitman

GENESEE COUNTY JAIL, *et al.*,

      Defendants.
_____/

## ORDER DISMISSING PLAINTIFF'S COMPLAINT (ECF No. 1) WITHOUT PREJUDICE

On March 25, 2024, Plaintiff Kenneth R. Henke, III filed this action against the Genesee County Jail and certain employees of the jail. (*See* Compl., ECF No. 1.) When Henke filed his Complaint, he failed to pay the required filing fee or file the necessary documentation to proceed *in forma pauperis*. Accordingly, on March 25, 2024, the Court issued an order directing Henke to correct that deficiency within 30 days (*i.e.*, by no later than April 24, 2024). (*See* Order, ECF No. 3.) The March 25 order warned Henke that if he failed to pay the required filing fee or file the proper documentation, "the Court must presume that he [was] not proceeding without prepayment of the fee, assess the entire fee, and order the case dismissed for want of prosecution." (*Id.*, PageID.26.)

1

Henke has not responded to the Court's March 25 order. Nor has he paid the filing fee, submitted the missing *in forma pauperis* documentation, or contacted the Court to request additional time to comply with the Court's order. In addition, several notices and orders that the Court has sent Henke, including the March 25 order, have returned to the Court as undeliverable. (*See* ECF Nos. 6, 7, 8, and 9.) This suggests to the Court that Henke has failed to update his current address with the Court as Local Rule 11.2 requires. (*See* Notice, ECF No. 4.) The failure by a plaintiff to update his contact information is not a mere technical violation of the rules. Without a current address or accurate contact information, the Court has no way of administering this civil action.

Accordingly, due to Henke's failure to comply with the Court's March 25 order, his failure either to pay the required filing fee or file a complete application to proceed *in forma pauperis*, and his apparent failure to update his current address with the Court, the Court **DISMISSES** this action **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 6, 2024

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 6, 2024, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126